# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WHELEN ENGINEERING COMPANY, INC. )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>)<br>VIVIOX, )<br>ABE Y. HAAS, )<br>BEN S. HOFF, and )<br>ELITE EMERGENCY LIGHTS, LLC )<br>)<br>    Defendants. )<br>) | Civil Action<br>No. 3:15-CV-00508-SRU |

## DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Whelen Engineering Company, Inc., by and through the undersigned counsel, hereby dismisses this action with prejudice, including all causes of action set forth in the Complaint in this action.

Each party shall bear its own costs and attorney's fees.

                        Respectfully submitted,

Date: August 10, 2015                By   */s/: Thomas J. Menard*
                                          Thomas J. Menard, ct23491
                                          ALIX, YALE & RISTAS LLP
                                          750 Main Street, Suite 1400
                                          Hartford, Connecticut 06103
                                          Telephone: (860) 527-9211
                                          Facsimile: (860) 527-5029
                                          E-mail: tmenard@pctlaw.com
                                          Its Attorneys